UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SUNLUST PICTURES, LLC,

    Plaintiff,

v.

DOES 1 - 120,

    Defendants.
_____/

Case No: 1:12-cv-20920-PAS

## NOTICE OF STRIKING DOCKET ENTRY

Defendant, IP Address 70.191.179.209 ("Defendant") hereby gives notice of striking **docket entry 13** that was inadvertently filed without a necessary attachment. Defendant's Notice of Filing Affidavit of Residency has been refiled as **docket entry 14**.

Dated: May 18, 2012.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all parties receiving electronic notification via the Court's CM/ECF system as of May 18, 2012.

Respectfully submitted by,

**WILLIAM R. WOHLSIFER, PA**

By: /s/ William R. Wohlsifer
    William R. Wohlsifer, Esquire
    Fla. Bar No: 86827
    1100 E Park Ave Ste B
    Tallahassee, Florida 32301
    Tel: (850)219-8888
    Fax: (866)829-8174
    E-Mail: william@wohlsifer.com
    Attorney for IP Address 70.191.179.209