**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:12-cv-20920-Seitz-Simonton

SUNLUST PICTURES, LLC,

    Plaintiff,

vs.

DOES 1 – 120,

    Defendants.
_____/

**NOTICE OF SUBSTITUTION OF COUNSEL**

Plaintiff, Sunlust Pictures, LLC., pursuant to Local Rule 11.1 (D) through its counsel Joseph Perea serves notice to all parties that Joseph Perea, P.A. and Joseph Perea are hereby substituted for Prenda Law Inc., C/O Joseph Perea as counsel of record in these proceedings for Sunlust Pictures, LLC., and respectfully request that Prenda Law, Inc., be terminated as counsel of record for Sunlust Pictures, LLC.

    Respectfully submitted,

    Sunlust Pictures, LLC.

DATED: June 1, 2012

By:   /s/ Joseph Perea

    Joseph Perea (Bar No. 47782)
    Joseph Perea, P.A.
    9100 S. Dadeland Blvd
    Suite 1500
    Miami, Florida 33156
    Telephone: (305) 396-8835
    Facsimile: (305) 396-8752
    E-mail: Perealaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June 2012, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                Respectfully Submitted

                /s/ Joseph Perea
                  Joseph Perea