UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-20920-Seitz/Simonton

SUNLUST PICTURES, LLC,

    Plaintiff,

vs.

DOES 1 – 120,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER**

Plaintiff Sunlust Pictures, LLC hereby submits this notice of compliance with the Court's order of July 24, 2012. (ECF No. 26.) The Court ordered that Plaintiff must "file a notice in this Court" indicating that it had "provide[d] a copy of this order to the ISPs to whom the subpoenas were issued no later than July 31, 2012." (*Id.* at 11.) Pursuant to the Court's order, Plaintiff timely mailed a copy of the Court's July 24 order to the relevant ISPs via First Class U.S. Mail, Postage Prepaid.

DATED: August 6, 2012

Respectfully submitted,

Sunlust Pictures, LLC

By: /s/ Joseph Perea
Joseph Perea (Bar No. 47782)
Joseph Perea, P.A.
9100 S. Dadeland Blvd, Suite 1500
Miami, Florida 33156
Telephone: (305) 305-934-6215
Facsimile: (305) 396-8752
E-mail: joperea@perealawfirm.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on August 6, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                               /s/ Joseph Perea
                                                                JOSEPH PEREA