UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20920-PAS-SEITZ/SIMONTON

SUNLUST PICTURES, LLC,

      Plaintiff,

v.

DOES 1-120,

      Defendants.

_____/

## ORDER OF REFERENCE

THIS CAUSE is before the Court *sua sponte*.  It is hereby

ORDERED that the following motion and all matters related thereto are referred to

United States Magistrate Judge Simonton for appropriate resolution pursuant to Rule 1 of the

Magistrate Rules of the Southern District of Florida:

**Defendant's, IP Address 70.191.179.209, Verified Motion for Award of Attorney's**

**Fees [DE-30]**

DONE AND ORDERED in Miami, Florida, this ____ day of August, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Simonton
All Counsel of Record