UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SUNLUST PICTURES, LLC,

    Plaintiff,

v.                                                  Case No:  1:12-cv-20920-PAS

DOES 1 - 120,

    Defendants.

_____/

## DEFENDANT'S, IP ADDRESS 70.191.179.209, REQUEST FOR HEARING ON MOTION FOR AWARD OF ATTORNEY'S FEES

COMES NOW defendant, IP Address 70.191.179.209 ("Defendant"), by and through the undersigned counsel, who hereby files this Request for Hearing on Motion for Award of Attorney's Fees, and would show as follows.

1. On March 6, 2012, Plaintiff filed its Complaint **(Dkt. # 1)** and the Court granted early discovery on March 13, 2012. **(Dkt. # 6.)**

2. On April 20, 2012, Defendant filed a Motion to Quash the Subpoena and to Dismiss the Action. **(Dkt. # 8.)**

3. On July 23, 2012, this Honorable Court entered its Omnibus Order Granting Defendant's Motion to Sever, Dismissing the Claims Against Does 2-120 Without Prejudice, and Vacating the Portion of the Court's Order Granting Early Discovery as to Does 2-120. **(Dkt. # 26.)**

4. On August 21, 2012, Defendant filed a Verified Motion for Award of Attorney's Fees in the amount of $5,336.25. **(Dkt. # 30.)**

5. On September 4, 2012, Plaintiff filed its Response to Movant's Motion for Attorney's Fees **(Dkt. # 32)** arguing that the motion was erroneous because Defendant, IP Address 70.191.179.209, was not a prevailing party.

6. On September 10, 2012, Defendant filed its Reply to Plaintiff's Response to Movant's Motion for Attorney's Fees **(Dkt. # 33)** in order to establish that Defendant's Verified Motion for Award of Attorney's Fees should be granted.

7. Defendant requests a ruling or hearing on Defendant's Verified Motion for Attorney's Fees.

**WHEREFORE**, Defendant, IP Address 70.191.179.209, requests a ruling on Defendant's Verified Motion for Attorney's Fees based on the affidavits of record, or in the alternative, a bifurcated ruling on the entitlement of Defendant's attorney's fees, and if entitlement is found, that the Court set a subsequent hearing to determine a reasonable fee.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827
1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel: (850)219-8888
Fax: (866)829-8174
E-Mail: william@wohlsifer.com
Attorney for IP Address 70.191.179.209