UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20920-CIV--SEITZ/SIMONTON

SUNLUST PICTURES, LLC,

    Plaintiff,

v.

DOES 1 - 120,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

This matter is before the Court on Plaintiff's Motion for Withdrawal of Counsel and Motion for Substitution of Counsel [DE-35]. Having reviewed the motions, it is hereby

ORDERED that

(1) Plaintiff's Motion for Withdrawal of Counsel and Motion for Substitution of Counsel [DE-35] are GRANTED.

(2) Maurice Castellanos, FBN 104371, 1031 Ives Dairy Road, Suite 228, Miami, FL 33179, shall be substituted as counsel of record for the Plaintiff Sunlust Pictures, LLC in this cause, in place of Joseph Perea, FBN 47782, 9100 S. Dadeland Blvd., Suite 1500, Miami, FL 33156.

(3) The Clerk of Court is directed to note such substitution in the records of the Court.

DONE AND ORDERED in Miami, Florida, this 30th day of October 29, 2012.

                                                  PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record