UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20920-CIV-SEITZ/SIMONTON

SUNLUST PICTURES, LLC,

    Plaintiff,

v.

DOES 1-12,

    Defendants.

_____/

### FINAL ORDER OF DISMISSAL

Upon review of Plaintiff's Notice of Voluntary Dismissal of Action Without Prejudice [DE-39], it is

ORDERED THAT

(1)    This case is DISMISSED WITHOUT PREJUDICE.

(2)    The Court shall retain jurisdiction in connection with Defendant's, IP Address 70.191.179.209 Motions for Award of Attorney's Fees [DE-30, 40] and any matters related thereto.

(3)    This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 18th day of December, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Simonton
Counsel of Record