UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20920-CIV-SEITZ/SIMONTON

SUNLUST PICTURES, LLC,

    Plaintiff,

v.

DOES 1-12,

    Defendants.
_____/

### ORDER DENYING AS MOOT MOTION FOR ATTORNEY'S FEES

This matter is before the Court *sua sponte*. On August 21, 2012 Defendant IP Address 70.191.179.209 ("Defendant") filed a Verified Motion for Award of Attorney's Fees [DE-30]. On December 18, 2012, Defendant filed a Renewed Verified Motion for Attorney's Fees [DE-40], seeking the same relief as the original motion for fees. Accordingly, it is

ORDERED THAT Defendant IP Address 70.191.179.209's Verified Motion for Award of Attorney's Fees [DE-30] is DENIED as MOOT.

DONE AND ORDERED in Miami, Florida, this 21st day of December, 2012.

                                           PATRICIA A. SEITZ
                                           UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Simonton
Counsel of Record