UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SUNLUST PICTURES, LLC,

    Plaintiff,

vs.                                                  Case No:  1:12-cv-20920-PAS

DOES 1 - 120,

    Defendants.
_____/

## REQUEST FOR HEARING ON DEFENDANT'S UNOPPOSED RENEWED MOTION FOR ATTORNEY'S FEES

COMES NOW defendant, IP Address 70.191.179.209 ("Defendant"), by and through the undersigned counsel, who hereby files this Request for Hearing on Defendant's, IP Address 70.191.179.209, Renewed Verified Motion for Award of Attorney's Fees and Request for Hearing and would show as follows.

1. On March 6, 2012, Plaintiff filed its Complaint **(Dkt. # 1)** and the Court granted early discovery on March 13, 2012. **(Dkt. # 6.)**

2. On April 20, 2012, Defendant filed a Motion to Quash the Subpoena and to Dismiss the Action. **(Dkt. # 8.)**

3. On July 23, 2012, this Honorable Court entered its Omnibus Order Granting Defendant's Motion to Sever, Dismissing the Claims Against Does 2-120 Without Prejudice, and Vacating the Portion of the Court's Order Granting Early Discovery as to Does 2-120. **(Dkt. # 26.)**

4. On August 21, 2012, Defendant filed a Verified Motion for Award of Attorney's Fees in the amount of $5,336.25. **(Dkt. # 30.)**

5. On September 4, 2012, Plaintiff filed its Response to Movant's Motion for Attorney's Fees. **(Dkt. # 32.)**

6. On September 10, 2012, Defendant filed its Reply to Plaintiff's Response to Movant's Motion for Attorney's Fees. **(Dkt. # 33.)**

7. On September 21, 2012, Defendant filed a Request for Hearing on Motion for Award of Attorney's Fees. **(Dkt. # 34.)**

8. On December 14, 2012, Plaintiff filed a Notice of Voluntary Dismissal of Action Without Prejudice, while Defendant's motion and request for hearing were still pending. **(Dkt. # 39.)**

9. On December 18, 2012, Defendant filed Defendant's, IP Address 70.191.179.209, Renewed Verified Motion for Award of Attorney's Fees and Request for Hearing; including arguments of law. **(Dkt. # 40.)**

10. On December 20, 2012, this Court entered its Final Order of Dismissal ("Order"). **(Dkt. # 42.)** Paragraph 2 of the Order specifically retained jurisdiction to hear Defendant's attorney's fee motions: "The Court shall retain jurisdiction in connection with Defendant's, IP Address 70.191.179.209 Motions for Award of Attorney's Fees [DE-30, 40] and any matters related thereto." Order, ¶ 2.

11. On December 26, 2012, this Court entered its Order Denying as Moot Motion for Attorney's Fees, finding Defendant's Motion (Dkt. # 30) to be rendered moot by the filing of Defendant's Renewed Motion (Dkt. # 40).[1] **(Dkt. # 43.)**

12. Defendant's, IP Address 70.191.179.209, Renewed Verified Motion for Award of Attorney's Fees and Request for Hearing (Dkt. # 40) is unopposed in that the time for filing an opposing memorandum of law under Local Rule 7.1(c)(1) passed on January 2, 2013.

---

[1] Therewith, Defendant's Request for Hearing on its first motion (Dkt. # 34) was also rendered moot.

13. Defendant requests a hearing be set to rule on IP Address 70.191.179.209, Renewed Verified Motion for Award of Attorney's Fees and Request for Hearing (Dkt. # 40) filed December 18, 2012.

**Dated: March 7, 2013.**

WHEREFORE, Defendant requests a 30-minute hearing on Defendant's, IP Address 70.191.179.209, Renewed Verified Motion for Attorney's Fees.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827
1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel: (850)219-8888
Fax: (866)829-8174
E-Mail: william@wohlsifer.com
Attorney for IP Address 70.191.179.209

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all parties receiving electronic notification via the Court's CM/ECF system as of March 7, 2013.

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827