UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SUNLUST PICTURES, LLC,

    Plaintiff,

v.                                                  Case No: 1:12-cv-20920-PAS

DOES 1 - 120,

    Defendants.

_____/

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT, IP ADDRESS 70.191.179.209, REQUEST FOR HEARING ON DEFENDANT'S UNOPPOSED RENEWED MOTION FOR ATTORNEY'S FEES

COMES NOW the defendant, IP Address 70.191.179.209, by and through the undersigned attorney, and files this Notice of Filing Supplemental Authority in Support of Defendant, IP Address 70.191.179.209, Request for Hearing on Defendant's Unopposed Renewed Motion for Attorney's Fees. The supplemental authority is:

> *Ingenuity 13 LLC v. John Doe*, No. 2:12-cv- 08333-ODW-JC (C.D. Ca. Sept. 27, 2012), Order Issuing Sanctions [Dkt. # 130 (May 6, 2013)]

The *Ingenuity* order renders findings on a substantially similar business model as employed by the plaintiff in the present case, i.e., mass joinder of John Doe defendants coerced by the plaintiff under the authority of the Court's early discovery order based on a snapshot of evidence alleging copyright infringement using a torrent protocol across the nation.

1. Plaintiffs demonstrated a willingness to deceive the courts that was calculated to grant plaintiff's early discovery request and thereby allowing plaintiffs to identify and exact settlement proceeds from Internet subscribers. (Order Issuing Sanctions, p. 5.)

2. Plaintiffs engaged in vexatious litigation designed to coerce settlements based on a statistical guess that a specific Internet subscriber infringed upon their copyright. (Order Issuing Sanctions, p. 4.)

3. Plaintiffs showed little desire to proceed in lawsuits when faced with a determined defendant. (Order Issuing Sanctions, p. 4.)

4. Plaintiffs prosecuted these lawsuits only if they remained profitable and dismissed them otherwise. (Order Issuing Sanctions, p. 5.)

5. Upon these findings the *Ingenuity* court ruled sanctions to be proper under the inherent authority of the court against Prenda Law, Ingenuity 13 LLC, AF Holdings LLC, John Steele, Paul Hansmeier, Paul Duffy, and Brett Gibbs, the same parties that brought the present case to this Honorable Court.

6. The plaintiff's conduct in the present case is substantially similar to that of the sanctioned parties in the *Ingenuity* case.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No:  86827
1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel:  (850)219-8888
Fax: (866)829-8174
E-Mail:  william@wohlsifer.com
Attorney for IP Address 70.191.179.209

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 10th day of May 2013, via the Court's CM/ECF system to all registered users in this case.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827